IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFF and MIRANDA SMART, individually and on behalf of all similarly situated individuals<br><br>Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*    Case No. 11-00422-N<br>*<br>*<br>*<br>* |

**NOTICE OF DISMISSAL**

**NOW COME** Plaintiffs, Jeff and Miranda Smart and, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, hereby provides this NOTICE of the DISMISSAL of this action without prejudice.

_____
KENNETH J. RIEMER
EARL P. UNDERWOOD, JR.
Attorneys for Plaintiffs

**OF COUNSEL**
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, Alabama 36532
(251) 990.5558 Telephone
(251) 990.0626 Facsimile
kjr@alaconsumerlaw.com
epunderwood@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

_____
KENNETH J. RIEMER